*Tuesday, November 21, 1995*
## MISCELLANEOUS DISMISSALS

**95-1902.** State v. Williamson. *Stark County,* No. CA-9068. This cause is pending before the court as an appeal from the Court of Appeals for Stark County. It appears from the records of this court that appellant has not filed a merit brief, due November 13, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective November 20, 1995.

**95-1914.** State v. Calhoun. *Lorain County,* No. 94CA005824. This cause is pending before the court as an appeal from the Court of Appeals for Lorain County. It appears from the records of this court that appellant has not filed a merit brief, due November 9, 1995, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective November 20, 1995.

**95-2267.** Meyer v. Hamilton Cty. Bd. of Elections. In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted, effective November 20, 1995.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, November 22, 1995*
## MERIT DOCKET

**95-1941.** State ex rel. Kilpatrick v. Ingraham. In Prohibition. On amended complaint and motion for stay. *Sua sponte,* leave to file the amended complaint is granted, and the amended complaint is dismissed. Motion for stay denied.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95-1958.** State ex rel. Hillside Dairy Co. v. Cuyahoga Cty. Court of Common Pleas. In Mandamus and Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95-2086.** Washington v. Hamilton Cty. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95-2087.** State ex rel. Welstead v. State. In Mandamus. *Sua sponte,* cause dismissed.

DOUGLAS, WRIGHT, RESNICK and COOK, JJ., concur.

MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent and would grant an alternative writ.

**95-2100.** State ex rel. Minkner v. Wilkinson. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95-2105.** State ex rel. White v. Franklin Cty. Jail. In Mandamus. *Sua sponte,* cause dismissed.

DOUGLAS, WRIGHT, RESNICK, PFEIFER and COOK, JJ., concur.

MOYER, C.J., and F.E. SWEENEY, J., dissent and would grant an alternative writ.

**95-2175.** In re Guardianship of Maurer. *Wood County,* No. WD94070. On review of order certifying a conflict. Cause dismissed for failure to comply with S.Ct.Prac.R. IV(2)(A).

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

WRIGHT, J., dissents.